AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Larry Paul Delaney | ) | Case No. *11 — 6361 - BSS* |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 20, 2011 _____ in the county of _____ Broward _____ in the

_____ Southern _____ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 | 111(a)1 (Assaulting, Resisting and Impeding an Officer of the Untied States Involving Physical Contact) |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____ Angel Echevarria, Federal Protective Services _____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 07/22/2011 _____

_____
*Judge's signature*

City and state: _____ Fort Lauderdale, Florida _____    _____ Barry S. Seltzer, United States Magistrate Judge _____
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Angel Echevarria, being duly sworn, deposes and states as follows:

1. I am a Special Agent with the Federal Protective Service. I have been so employed since April 2003. I have a degree in criminal justice from the State University of New York. I have previously served seven (7) years as a Military Police soldier in the United States Army and twelve (12) years as a police officer with local and federal law enforcement agencies. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia.

2. I base the facts in this affidavit upon my personal knowledge, as well as knowledge, and documentation that I obtained from other law enforcement officers and witness statements  I am submitting this affidavit for the limited purpose of establishing probable cause for a criminal complaint against defendant Larry Paul DELANEY, charging a violation of Title 18, United States Code, Section 111(a) (1), that makes it unlawful for any person to assault, resist, or impede certain officers and employees and involve physical contact. This affidavit does not include every fact that I know about this investigation. Rather, it includes those facts necessary to establish probable cause in support of the criminal complaint.

3. On July 20, 2011, defendant DELANEY entered the United States District Courthouse located at 299 East Broward Boulevard Fort Lauderdale, Florida. Court Security Officer (CSO) Philip Tortorici screened DELANEY as he entered and cleared the courthouse x-ray and metal scanner. While conducting the security screening CSO Tortorici discovered that a caution notice was posted in the courthouse for DELANEY. The caution notice advised that DELANEY was wanted in the city of Fort Lauderdale for failure to register as a sex offender. CSO Tortorici called and notified the United States Marshal Service of DELANEYs presence within the courthouse. CSO

Tortorici

~~Toots~~ks then followed and observed DELANEY go into the clerks office in room 108. DELANEY spoke with Deputy Clerk Dimas Rodriguez and advised he wanted to present a new civil action.

4. Deputy United States Marshal (DUSM) R.K. read the DELANEY caution notice which advised of prior arrests to include aggravated assault/battery on law enforcement. DUSM R.K. along with three (3) more DUSMS responded to room 108 in order to arrest defendant DELANEY for the outstanding criminal charges against him. DUSM R.K. identified himself to DELANEY as a DUSM and advised him he was under arrest.

5. When DUSM R.K attempted to place hand cuffs on defendant DELANEY, he pulled his left hand away, stood straight up and bent his knees to show his aggressive resistance to being arrested. DELANEY, with his right hand in a closed fist position, swung in an attempt strike DUSM R.K. on his face. DUSM R.K. ducked to avoid being struck and fell to the ground. While on the ground defendant DELANEY proceeded to kick DUSM R.K. four (4) to five (5) times in the groin and upper thigh area. It took five (5) DUSM'S to finally control DELANEY and place him under arrest as he continued to kick and throw closed fist strikes at them. The actions of DELANEY were heard and witnessed by several courthouse employees.

6. Based upon my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that there is probable cause to believe that defendant Larry Paul DELANEY, did forcibly assault, resist, oppose, impede, intimidate, and interfere with DUSM R.K.

2

an officer and employee of the United States and of an agency in the branch of the United

States Government, involving physical contact..

Angel Echevarria, Special Agent
Department of Homeland Security

Sworn and subscribed before
me this ___ day of July, 2011.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

3